IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>               v.<br><br>JUAN TOMAS VELEZ,<br><br>               Defendant. | CASE NO. 1:25-MJ-00143-SAB<br><br>**ORDER UNSEALING INDICTMENT** |

    The United States, having arrested the defendant, Juan Velez, on an arrest warrant and the need for unsealing the indictment has ceased;

    IT IS ORDERED that the indictment and arrest warrant shall be unsealed.

IT IS SO ORDERED.

Dated:   **December 12, 2025**                          _____
                                                           STANLEY A. BOONE
                                                           United States Magistrate Judge